### CUNNINGHAM v. THOMAS.

HABEAS CORPUS—PRACTICE.—A demurrer is not the proper method of testing the sufficiency of a return to a writ of *habeas corpus*.

ABSTRACT.—The abstract required by the rules of this court is not a mere index, but an intelligible abridgment of that part of the record which is necessary to be known in order to pass upon the questions presented.

APPEAL from the *Union* Common Pleas.

FRAZER, C. J.—This was a writ of *habeas corpus* obtained by the mother of a child of tender years, alleging that it was illegally restrained of its liberty.

A demurrer is not the proper method of testing the sufficiency of a return to such a writ. 2 G. & H., § 723, p. 318.

The evidence supports the judgment below. No useful purpose would be attained by setting it out in this opinion.

The cause is so presented that we would be at liberty to deem the errors waived. Instead of an abstract we are furnished with an index to the transcript. An intelligible abridgment .of that part of the record which is necessary to be known, in order to pass upon the questions presented, is required.

The judgment is affirmed, with costs.

*J. F. Gardner*, for appellant.

*J. S. Reid* and *J. Yaryan*, for appellee.